IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. _____ |
| BIONPHARMA INC., | ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

**COMPLAINT FOR PATENT INFRINGEMENT**

For its Complaint against Defendant Bionpharma Inc. ("Bionpharma" or "Defendant"), Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity" or "Plaintiff"), by and through its attorneys, alleges as follows:

**THE NATURE OF THE ACTION**

1. This is an action for patent infringement of United States Patent No. 11,141,405 (the "'405 patent") and damages under the patent laws of the United States, Title 35, United States Code, that arises out of the filing by Defendant Bionpharma of Abbreviated New Drug Application ("ANDA") No. 212408 with the U.S. Food and Drug Administration ("FDA") seeking approval of a generic version of Azurity's ready-to-use enalapril oral solution product that is the subject of New Drug Application ("NDA") No. 208686, hereinafter referred to as Azurity's "Epaned® product," and Bionpharma's manufacture, use, sale, importation, and/or offer to sell and/or encouragement of others to do the foregoing within the United States of its generic ready-to-use enalapril oral solution product ("Bionpharma's ANDA Product") prior to the expiration of the '405 patent. Azurity seeks all available relief under the patent laws of the United States, 35 U.S.C. § 100 *et. seq.*, and any other applicable laws for Bionpharma's infringement of the '405 patent.

## THE PARTIES

2. Azurity is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business at 8 Cabot Road, Suite 2000, Woburn MA 01801.

3. On information and belief, Bionpharma is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 600 Alexander Rd., #2-4B, Princeton, NJ 08540.  On information and belief, Bionpharma is in the business of, among other things, developing, manufacturing, and selling generic copies of branded pharmaceutical products for the U.S. market.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq.*, and from Bionpharma's submission of ANDA No. 212408 and manufacture, use, sale, importation, and/or offer to sell and/or encouragement of others to do the foregoing within the United States of a generic ready-to-use oral solution of enalapril maleate product before the expiration of the '405 patent.

5. This Court has subject matter jurisdiction over the action under 28 U.S.C. §§ 1331, 1338(a) (patent infringement).  Relief is sought under 35 U.S.C. §§ 271(a)-(c) and 35 U.S.C. § 271(e).

6. This Court has personal jurisdiction over Bionpharma because, among other things, on information and belief, Bionpharma is a corporation organized and existing under the laws of the State of Delaware.

7. Venue is proper in this Court under 28 U.S.C. §§ 1391(c) and 1400(b).

## AZURITY'S EPANED® PRODUCT

8.  Azurity holds approved NDA No. 208686 for a ready-to-use oral solution of enalapril maleate, which is prescribed and sold under the trade name Epaned®.

9.  Azurity's Epaned® product is the only FDA approved and labeled ace inhibitor treatment that is a ready-to-use oral solution for hypertension in children under six years of age. Epaned® is also indicated to treat hypertension in adults, heart failure, and asymptomatic left ventricular dysfunction.

## PATENT-IN-SUIT

10.  The '405 patent, entitled "Enalapril Formulations," issued on October 12, 2021. A true and correct copy of the '405 patent is attached to this Complaint as Exhibit A.

11.  The '405 patent was duly and legally issued to Azurity as the assignee and Azurity owns all rights, title, and interest in the '405 patent.

12.  Pursuant to 21 U.S.C. § 355, Azurity submitted a request to list the '405 patent in the Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book") in connection with Azurity's Epaned® product.

13.  The '405 patent describes stable, oral liquid formulations of enalapril.

14.  The '405 patent expires on March 25, 2036.

## INFRINGEMENT BY BIONPHARMA

15.  By letter dated July 6, 2021, Bionpharma notified Azurity that it had submitted ANDA No. 212408 to FDA under Section 505(j)(2)(B) of the Federal Food, Drug and Cosmetic Act ("FDCA") (21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. §314.95) seeking approval to engage in the commercial manufacture, use, and sale of a generic version of Azurity's Epaned® product

("Bionpharma ANDA Product") before the expiration of U.S. Pat. No. 11,040,023 (the "'023 patent").[1]

16. The '023 patent and the '405 patent both expire on March 25, 2036.

17. On information and belief, on August 10, 2021, Bionpharma received final approval of ANDA No. 212408 from FDA. Pursuant to this approval, Bionpharma began offering for sale and selling the Bionpharma ANDA Product.

18. On information and belief, Bionpharma has and continues to engage in the commercial manufacture, use, and sale of the Bionpharma ANDA Product before the expiration of the '405 patent.

19. On information and belief, Bionpharma's generic version of Azurity's Epaned® product, as approved and marketed, infringes, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '405 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

20. On information and belief, under 35 U.S.C. § 271(e)(2)(A), Bionpharma has infringed at least one claim, including at least claim 1, of the '405 patent by submitting, or causing to be submitted, to FDA ANDA No. 212408 seeking approval to manufacture, use, import, offer to sell or sell Bionpharma's generic version of Azurity's Epaned® product before the expiration date of the '405 patent. Upon information and belief, the product described in ANDA No. 212408 infringes, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1 of the '405 patent under 35 U.S.C. § 271(e)(2)(A).

---

[1] On June 22, 2021, Azurity brought an action against Bionpharma for infringement of the '023 patent. That case is captioned *Azurity Pharmaceuticals, Inc. v. Bionpharma Inc.*, C.A. No. 21-1286-LPS (D. Del.).

4

21. On information and belief, under 35 U.S.C. § 271(a)-(c), Bionpharma has infringed at least one claim, including at least claim 1, of the '405 patent by manufacturing, using, offering for sale, selling, and/or importing Bionpharma's generic version of Azurity's Epaned® product, and/or encouraging others to do the foregoing in the United States before the expiration date of the '405 patent.

**CLAIMS FOR RELIEF**

**Count I**
**(Infringement of the '405 Patent Under 35 U.S.C. § 271(e)(2)(A))**

22. Azurity incorporates each of the preceding paragraphs as if fully set forth herein.

23. Bionpharma submitted ANDA No. 212408 to FDA under Section 505(j) of the FDCA to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of the Bionpharma ANDA Product throughout the United States prior to the expiration of the '405 patent. By submitting the ANDA, Bionpharma has committed an act of infringement of the '405 patent under 35 U.S.C. § 271(e)(2)(A).

24. There is a definite and concrete, real and substantial, justiciable, and continuing case or controversy existing between Azurity and Bionpharma as to the infringement of the '405 patent.

25. Bionpharma's ANDA is approved by FDA, and the commercial manufacture, use, offer for sale, sale, and/or importation of the product that is the subject of Bionpharma's ANDA No. 212408 constitutes an act of direct or indirect infringement of one or more claims of the '405 patent under 35 U.S.C. § 271(a)-(c).

26. The commercial manufacture, use, offer for sale, sale, and/or importation of Bionpharma's ANDA Product in violation of Azurity's patent rights will cause irreparable harm to Azurity for which damages are inadequate.

5

## Count II
### (Infringement of the '405 Patent Under 35 U.S.C. § 271(a)-(c))

27. Azurity incorporates each of the preceding paragraphs as if fully set forth herein.

28. On information and belief, Bionpharma's ANDA Product has received final approval from FDA.

29. On information and belief, Bionpharma has engaged in and/or induced and continues to induce another, including the manufacturer, wholesalers, pharmacies, physicians, patients, and others, to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of the product that is the subject of Bionpharma's ANDA No. 212408. Bionpharma's acts of infringement have irreparably injured and damaged Azurity.

30. The commercial manufacture, use, offer for sale, sale, and/or importation of the product that is the subject of Bionpharma's ANDA No. 212408 is an act of direct infringement of one or more claims of the '405 patent under 35 U.S.C. § 271(a), including at least claim 1 of the '405 patent.

31. On information and belief, Bionpharma is inducing infringement of one or more claims of the '405 patent under 35 U.S.C. § 271(b) by making, using, offering to sell, selling, and/or importing Bionpharma's ANDA Product in the United States. On information and belief, Bionpharma is intentionally encouraging acts of direct infringement with knowledge of the '405 patent and knowledge that its acts are encouraging infringement.

32. On information and belief, Bionpharma is contributorily infringing one or more claims of the '405 patent under 35 U.S.C. § 271(c) by making, using, offering to sell, selling, and/or importing Bionpharma's ANDA Product in the United States. On information and belief, Bionpharma, through offering to sell or selling Bionpharma's ANDA Product, has offered to sell or sold, and continues to do so, within the United States or import into the United States a

component of a composition or material for use in practicing one or more claims of the '405 patent. On information and belief, Bionpharma conducts and has conducted such activities knowing such component of a composition or material to be especially adapted for a use that infringes one or more claims of the '405 patent and is not a staple article or commodity of commerce suitable for substantial noninfringing use.

33. The foregoing actions by Bionpharma constitute infringement of the '405 patent.

34. Bionpharma is committing those acts of infringement without license or authorization.

35. Azurity is entitled to a judgement that the commercial manufacture, use, offer for sale, sale, and/or importation of the product that is the subject of Bionpharma's ANDA No. 212408 infringes the '405 patent.

36. Azurity has suffered and will continue to suffer financial harm as a result of Bionpharma's infringing activities.

37. The commercial manufacture, use, offer for sale, sale, and/or importation of the Bionpharma ANDA Product in violation of Azurity's patent rights has caused and is continuing to cause substantial and irreparable harm to Azurity for which damages are inadequate.

38. Azurity is entitled to monetary damages but, because the infringement by Bionpharma of the '405 patent will continue to cause Azurity irreparable injury and damage for which there is no adequate remedy at law unless and until Bionpharma is enjoined from infringing the patent, Azurity has no complete, adequate remedy at law and, therefore, is entitled to injunctive relief.

**PRAYER FOR RELIEF**

Azurity respectfully requests the following relief:

a) A judgment that Bionpharma has directly infringed the '405 patent under 35 U.S.C. § 271(e)(2)(A) by submitting ANDA No. 212408 under Section 505(j) of the FDCA;

b) A judgment directing FDA to rescind the final approval of ANDA No. 212408 and that the effective date of any approval of ANDA No. 212408 be a date not earlier than the expiration of the '405 patent;

c) A finding that the '405 patent is valid and enforceable;

d) An order under 35 U.S.C. § 271(e)(4)(B) permanently enjoining Bionpharma, its subsidiaries, parents, officers, agents, servants, employees, licensees, representatives, and attorneys, and all other persons acting or attempting to act in active concert or participation with it or acting on its behalf, from engaging in the commercial manufacture use, offer to sell, or importation into the United States, of any drug product covered by the '405 patent, including the Bionpharma ANDA Product until the expiration of the '405 patent;

e) A judgment that Bionpharma's making, using, offering to sell, or selling in the United States, or importing into the United States of the Bionpharma ANDA Product directly infringes one or more claims of the '405 patent;

f) A judgment that Bionpharma has induced infringement of the '405 patent by encouraging others to use, sell, offer for sale, and/or import the Bionpharma ANDA Product in the United States before the expiration of the '405 patent;

g) A judgment that Bionpharma has contributorily infringed the '405 patent by offering to sell or selling the Bionpharma ANDA Product in the United States before the expiration of the '405 patent, knowing the same is especially adapted for a use that directly infringes the '405 patent and that there is no substantial non-infringing use for Bionpharma's ANDA Product;

8

h) A finding that Azurity be awarded all damages adequate to compensate it for Bionpharma's past infringement and any continuing or future infringement of the '405 patent, up to and until any permanent injunction is ordered;

i) A finding that Bionpharma's infringement is willful and such monetary relief be trebled and include pre- and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

j) A finding that this action for infringement is an exceptional case under 35 U.S.C. § 285, and that Azurity be awarded reasonable attorneys' fees and costs;

k) An award of any such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Azurity hereby demands a trial by jury on all issues so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff*
*Azurity Pharmaceuticals, Inc.*

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Natalie J. Morgan
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real, Suite 200
San Diego, CA 92130
(858) 350-2300

October 15, 2021