IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | |
| *Plaintiff*, | Civil Action |
| v. | No. 21-1455 |
| BIONPHARMA, INC., | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 13th day of January, 2023, it is hereby **ORDERED** that the Memorandum Opinion and Order filed in the above-captioned case on January 6, 2023 (D.I. 156 and D.I. 157) is **VACATED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**